UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 16-1932 DMG (ASx) | Date | April 6, 2016 |
| Title | *Fresh Harvest, Inc. et al. v. U.S. Department of Labor et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY APPLICATION FOR TEMPORARY RESTRAINING ORDER SHOULD NOT BE DENIED**

Plaintiffs are ordered to show cause, in writing why the application for temporary restraining order ("TRO") [Doc. # 8] should not be denied and the action dismissed. In their response, Plaintiffs shall address the following issues:

1. Whether the requested injunctive relief is moot in light of the fact that Defendants have issued the requested H-2A permits since the filing of the TRO application; and

2. Whether Plaintiffs have standing to pursue the requested injunctive relief if in fact no overdue permit applications are pending.

Plaintiffs shall file their response by Monday, April 11, 2016.

**IT IS SO ORDERED.**